The American Reveille Podcast is a production of Iowa Public Television which is solely responsible for its content. Today's program is brought to you by the Iowa Public Television Corporation.  This program is brought to you by the Iowa Public Television Corporation. Today's